UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth W. Black,   Case No. 3:16-cv-2918

    Plaintiff

v.   MEMORANDUM OPINION

Commissioner of Social Security,

    Defendant

Before the Court is the December 20, 2017 Report and Recommendation of Magistrate Judge Kathleen B. Burke. Under the relevant statute:

> Within fourteen (14) days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C.A. § 636(b)(1).

The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). In this case, the fourteen day period has elapsed with no response by either side.

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation (Doc. No. 23) in its entirety as the Order of the Court. The Commissioner's decision is affirmed.

So Ordered.

                                                      s/ Jeffrey J. Helmick
                                                      United States District Judge